## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **NATIONAL CHRISTMAS PRODUCTS** | § | |
| d/b/a **NATIONAL TREE COMPANY** | § | |
| | § | |
| Plaintiff | § | Civil Action No.: 2: 17-cv-00442 |
| | § | |
| v. | § | COMPLAINT |
| | § | |
| **GORDON COMPANIES, INC** | § | |
| | § | |
| Defendant. | § | |
| | § | |

## COMPLAINT

National Christmas Products d/b/a National Tree Company ("Plaintiff"), for its claims against Gordon Companies, Inc. ("Defendant") alleges as follows:

## I. NATURE AND SUBSTANCE OF THE ACTION

1.     Plaintiff files this action against Defendant for trademark infringement, trademark dilution, and false designation of origin under the Lanham Act (15 U.S.C. §§ 1114, 1116, 1117, 1125(a) and (c)); unfair competition under N.J.S.A. § 56:4-1 et seq.; trafficking in counterfeit trademarks under N.J.S.A § 56:3-13.16; copyright infringement under the United States Copyright Act ("DMCA") (17 U.S.C. § 501 et seq.); trademark infringement under the common law of New Jersey; and unjust enrichment under the common law of New Jersey.

## II. JURISDICTION AND VENUE

2.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs because the Plaintiff is asking for general damages in the amount exceeding $75,000 and the declaratory relief sought by Plaintiffs from Defendants is valued at more than the sum of $75,000, exclusive of interests and costs.

3.      The Court also has jurisdiction over the subject matter of this action pursuant to Section 39 of the Lanham Act, 15 U.S.C. § 1121,  17 U.S.C. § 512 (g)(3)(D) , and Chapter 85 of the Judiciary and Judicial Procedure Code, 28 U.S.C. §§ 1331 and 1338, and has supplemental jurisdiction over the state law claims under 28 U.S.C. § 1367.

4.      Venue is proper in this district pursuant to 28 U.S.C. § 1391 because Defendant transacts business within this district and offers for sale in this district products that infringe Plaintiff's trademarks.   In addition, venue is proper because Plaintiff's principal place of business is in this district and Plaintiff suffered, and continues to suffer, harm in this district.

## III. THE PARTIES

5.      Plaintiff, National Christmas Products d/b/a National Tree Company, is a New Jersey corporation, having a corporate office at 2 Commerce Drive, Cranford, New Jersey 07016.

6.      Plaintiff is informed and believes and thereupon alleges that Defendant, Gordon Companies, Inc., is a New York domestic business corporation, with its principal place of business at 85 Innsbruck Drive, Cheektowaga, New York, 14227.

## IV. FACTS COMMON TO ALL CLAIMS

7.      Plaintiff is a developer, manufacturer and distributor of high-quality seasonal and holiday-related products that are festive, beautiful and innovative.  Primarily renowned for its Christmas related products, Plaintiff's holiday offerings include, but are not limited to, artificial trees, plants, figurines, lighting decorations, and accessories.

8.      Plaintiff has allocated considerable resources and has dedicated significant effort in promoting and developing its brand.  Through persistence and diligence, Plaintiff is able to offer its goods through "big box stores" such as FORTUNEOFF, HOME DEPOT, TOYS 'R US, chain stores such as BED BATH AND BEYOND, ACE HARDWARE, and internet marketplaces such as HOUZZ.com, WAYFAIR.com, and AMAZON.com.  In fact, Plaintiff has achieved so much success that it has expanded its market presence throughout Canada and Europe.  Being able to offer one's product through nationally and internationally recognized marketplaces adds considerable value to one's brand.

9.      As part of its other efforts to develop its branding, Plaintiff has expended significant resources in establishing and promoting its brand identity by means of various intellectual property ("IP") endeavors.  For example, by researching and developing innovative ideas, Plaintiff has been successful in procuring patent rights in artificial Christmas trees and holiday lighting.

10.     In order to protect its business from competition, Plaintiff has acquired copyrights in photographic and design images so that such images are strongly and immediately identifiable and distinguish Plaintiff from other competitors.  Plaintiff has created photographic images ("Promotional Photos") with meticulous details to lighting, angle, adornments, and other considerations so such images can be instantly recognizable as offerings by the Plaintiff.  Such

images are for the sole use of the Plaintiff, and Plaintiff utilizes these images in its offering of its products through its catalog and product listings on e-commerce websites.

11.     Other forms of intellectual property pursuits include acquiring rights for various trademarks.  Plaintiff has secured rights in its doing-business-as name **NATIONAL TREE COMPANY** (Registration No. 2475045) which serves as the umbrella identifier for various Christmas offerings such as artificial Christmas trees, decorations, and novelties.  Specific items can have their own (additional) trademark identifiers.  One such specific moniker is **DUNHILL FIR** (the "Mark") for which Plaintiff has procured both common law and federally recognized trademark rights to be used with artificial Christmas trees.  Common law rights were acquired at least as early as December 1, 2000 when Plaintiff utilized, promoted and marketed this Mark throughout interstate commerce within the United States (and continues to do so).  To memorialize and solidify this right, Plaintiff sought federal registration for this Mark, and on June 2, 2015 Plaintiff's DUNHILL FIR mark was registered on the principal trademark register at the United States and Patent and Trademark Office ("USPTO") for use with artificial Christmas trees (Registration No. 4748103).  *See Exhibit A.*

12.     Pursuant to federally conferred rights, Plaintiff can and does offer its goods under both the umbrella trademark name of NATIONAL TREE COMPANY and marks specific for its particular goods, such as DUNHILL FIR, whether in conjunction with one another or separate. *See Exhibit B.*

13.     It is upon information and belief that Defendant is in the close-out and drop ship businesses.  These business models essentially involve the purchase of inventory by a "middleman" and then reselling such inventory to the general public.  The close-out business model entails purchasing items that the original retailer no longer wishes to offer for sale.  For

example, seasonal items have a limited window of sale, so any excess inventory is unloaded to a close-out purchaser so the original retailer may make room for the next season's products.  In a drop ship business, the retailer offers goods that are not actually in its possession.  Rather the drop-ship retailer fills orders by arranging for a third party (e.g. manufacturer, distributor, wholesaler) to deliver the goods to the customer.

14.     Since as early as 1977 Defendant has been the "middleman" of various types of merchandise, but especially seasonal and Christmas-related goods.  One business endeavor through which Defendant offers such goods is NORTHLIGHT (Northlightseasonal.com).  *See Exhibit C and Exhibit D*.  Defendant offers goods through some of the same channels as Plaintiff, for examples Amazon.com and Wayfair.com making Plaintiff and Defendant business competitors.  *See Exhibit E and Exhibit F.*

15.     Plaintiff became involved with Defendant at least as early as 2002 when, pursuant to Plaintiff's reputable status within the holiday goods industry, Defendant purchased Plaintiff's DUNHILL FIR artificial Christmas trees for resale.  Plaintiff surmises that Defendant has had some success with offering Plaintiff's DUNHILL FIR artificial Christmas trees since Defendant has continued to purchase such goods from the Plaintiff.

16.     In addition to the resale of the DUNHILL FIR artificial Christmas trees, Defendant has also drop shipped the same items since 2002.[1]

17.     Despite Defendant's resale and drop shipping of Plaintiff's goods, Plaintiff has never licensed or transferred any of its intellectual property rights, including trademark rights to the Mark and copyright to the Promotional Photos, to the Defendant.  Further, at no point did Defendant have any authority to make use of the Mark or the Promotional Photos or permission

---

[1] *See Exhibit L for an admission by Defendant the Defendant drop ships Plaintiff's items.*

to rebrand Plaintiff's goods in connection with the Defendant's distribution and sale of similar or identical goods.

18.    In the fall of 2016, Plaintiff became aware of Defendant's sale of artificial Christmas trees bearing the mark NORTHERN DUNHILL FIR and using the Promotional Photos belonging to and owned by Plaintiff. *See Exhibit G*[2].  These offers for purchase were made on Defendant's own website Northlightseasonal.com[3] as well as other sites including but not limited to Wayfair.com, Amazon.com, Walmart.com.  Since Plaintiff has valid copyrights in the images and trademark rights in DUNHILL FIR, Defendant's use of Plaintiff's images and the identifier DUNHILL FIR were an unauthorized uses of Plaintiff's Mark and creative works, and such use constitutes infringement thereof.

19.    To enforce its rights in copyright and trademark, Plaintiff delivered to Defendant two separate cease & desist letters on or about November 11, 2016.  *See Exhibit H and Exhibit I.* Through such letter, Plaintiff demanded that Defendant cease and desist using Plaintiff's Promotional Photos and Mark.  Further, Plaintiff demanded that Defendant remove all references of the Promotional Photos and Mark and on its site, and requested take downs of product pages on third party e-commerce sites such as Amazon.com that display the Promotional Photos, the Mark or both.  In addition, Plaintiff requested a complete accounting of profits derived by the Defendant through the use of the DUNHILL FIR mark.

20.    During the interim of awaiting for Defendant's response to the cease & desist letters, Plaintiff contacted each commercial site offering artificial Christmas trees with the

---

[2] These exhibits represent only a small sampling of the innumerous copyright and trademark infringing incidents by the Defendant.

[3] The exact web address for such offerings was http://www.northlightseasonal.com/collections/artifical-christmas-trees/products/31752850.  As of the filing date of this complaint, this link is no longer active and a visit to the above page displays an error page.

unauthorized use of the Mark and Promotional Photos requesting take down of the infringing products.  *See Exhibit J – Exhibits K.*[4]

21.     In response to the cease & desist letter, Defendant agreed to take down any infringing products and remove all references to NORTHERN DUNHILL[5] (*rather than DUNHILL FIR*) from its sites and other e-commerce sites.  In addition, Defendant dubiously claimed that it was unaware of DUNHILL FIR's status as a federally recognized trademark.  No accounting of Defendant's sale of artificial Christmas trees - either in monetary dollar or quantitative amounts - were provided.  *See Exhibit L.*

22.     In addition, within the same response to the cease and desist letters Defendant admitted that it has been purchasing the goods it offers for sale from China and branding them as its own.  Accordingly, it is clear that at least some of the Defendant's artificial Christmas trees do not originate from Plaintiff, yet bear the DUNHILL FIR mark.

23.     Plaintiff hoped that the matter had finally been resolved.  However, despite being notified of Plaintiff's exclusive rights to the Mark and Promotional Photos and despite a rather baffling agreement to cease use of Plaintiff's Mark (*since the agreement was to cease use of NORTHERN DUNHILL*), Defendant continues to use and offer for sale artificial Christmas trees using the Mark and Promotional Photos.  *See Exhibits M – Exhibits Q*[6].

24.     Accordingly, Defendant continues to advertise and promote goods using an identical or nearly identical Mark and Promotional Photos. The goods being offered by the Defendant bear similar or identical names and appearances as Plaintiff's Mark and Promotional

---

[4] These exhibits are only a sampling of the numerous takedown requests Plaintiff had made.

[5] It is not clear whether Defendant's acquiescence to remove the mark NORTHERN DUNHILL was a clerical error or a means of avoiding admission of guilt since the Mark at issue is DUNFILL FIR.

[6] These exhibits represent only a sample of Defendants impermissible and unauthorized use of Plaintiff's Mark.

Photos and also constitute a reproduction or imitation thereof which causes confusion to consumers.

25.      Further, even after supposedly agreeing to cease its infringing actions, Defendant has continued to sell product in packaging using he Mark.  At least at late of December 8, 2016, Defendant was shipping product in packaging that has the Mark prominently displayed on it. *See, Exhibit R*.  The product contained inside such packaging was not from the Plaintiff, and therefore constitutes a counterfeit good.

26.      The Defendant's unauthorized use of DUNHILL FIR is a misappropriation of the Mark, which dilutes the distinctiveness and associated goodwill of Plaintiff's Mark.

27.      If Defendant is not enjoined from continued use of the Mark and Promotional Photos, Plaintiff has and will continue to suffer irreparable injury subject to further dilution of the distinctiveness of the Mark and usurping of Plaintiff's brand.

## V. FIRST CAUSE OF ACTION

### Federal Trademark Infringement under 15 U.S.C. § 1114

28.      Plaintiff re-alleges and incorporates by reference each and every allegation of paragraphs 1-27 of this Complaint as if fully set forth herein.

29.      Plaintiff's Mark is inherently distinctive, arbitrary and suggestive, and has acquired secondary meaning. The public associates the Mark exclusively with Plaintiff's artificial Christmas trees.  This is a result of the extensive promotion and use of the Mark by Plaintiff in interstate commerce.  Plaintiff's Mark is further subject to a federal registration (US Trademark Registration No. 4748103).

30.     Defendant admittedly used Plaintiff's Mark in the commercial offerings of its artificial Christmas trees of similar or identical nature to those of Plaintiff.

31.     Upon information and belief, Defendant have acted with knowledge of Plaintiff's ownership of the Mark and with deliberate intention or willful blindness to unfairly benefit from the incalculable goodwill symbolized thereby.

32.     Defendant's actions in connection with the misuse were unauthorized and unlawful actions that constitute a reproduction, counterfeit, copy, or colorable imitation of the Mark.  By committing the acts alleged herein, Defendant has intentionally, knowingly, and willfully infringed Plaintiff's Marks in violation of 15 U.S.C. §1114.

33.     Upon information and belief, Defendant has made and will continue to make substantial profits and gains to which it is not in law or equity entitled.

34.     Upon information and belief, Defendant intends to continue its infringing acts unless restrained by this court.

35.     Plaintiff has suffered harm for which there is not an adequate remedy at law, unless Defendant is permanently enjoined by this Court from using the Mark.

36.     As a direct and proximate result of Defendant's infringing acts, Plaintiff has suffered damages in an amount that will be established at trial.

## VI. SECOND CAUSE OF ACTION

## Federal Trademark Counterfeiting Under 15 U.S.C. § 1114

37.     Plaintiff re-alleges and incorporates by reference each and every allegation of paragraphs 1-36 of this Complaint as if fully set forth herein.

38.     Defendant, without authorization of Plaintiff, has used and are continuing to use counterfeit marks or spurious designations that are identical to, or substantially indistinguishable from, the Plaintiff's Mark.

39.     The foregoing acts of Defendant are intended to cause, have caused, and are likely to continue to cause confusion or mistake, or to deceive consumers, the public, and the trade into believing that Defendant's infringing goods are genuine or authorized products of Plaintiff.

40.     Upon information and belief, Defendant has acted with knowledge of Plaintiff's ownership of the Marks and with deliberate intent or willful blindness to unfairly benefit from the incalculable goodwill inherent in the Marks.

41.     Defendant's acts constitute trademark counterfeiting in violation of Section 32 of the Lanham Act (15 U.S.C. § 1114).

42.     Upon information and belief, Defendant has made and will continue to make substantial profits and gains to which they are not in law or equity entitled.

43.     Upon information and belief, Defendant intends to continue their infringing acts unless restrained by this court.

44.     As a direct and proximate result of Defendant's infringing acts, Plaintiff has suffered damages in an amount that will be established at trial.

## VII. THIRD CAUSE OF ACTION

### Trademark Dilution Under 15 U.S.C. § 1125(c)

45.     Plaintiff re-alleges and incorporates by reference each and every allegation of paragraphs 1-44 of this Complaint as if fully set forth herein.

46.     The Mark is famous within the meaning of 15 U.S.C. §1125(c) and is inherently distinctive and has acquired distinctiveness.  The Mark is used in a variety of context, but most prominently used in connection with Plaintiff's Christmas-themed products, including artificial Christmas tree.  Plaintiff has been using the Mark to promote artificial Christmas trees through the advertisement, distribution and sale thereof since at least December 1st 2000.  Therefore, based on approximately seventeen (17) years of extensive use of the Mark across various forms of media, including, but not limited to, print and internet media and advertisements, Plaintiff's Mark has acquired famous status.

47.     Plaintiff has extensively and exclusively used the Mark in interstate commerce.

48.     Defendant's actions in connection with the misuse have caused irreparable injury to Plaintiff by diluting the Mark's distinctive quality in violation of 15 U.S.C. §1125(c). Defendant's use of the Mark has diluted the distinctive quality of the Mark and diminished the power of the Mark to identify and distinguish Plaintiff's goods.

49.     As a direct result of Defendant's misappropriation of the Mark, Plaintiff has suffered irreparable harm to the value of the Mark.  The acts complained of herein constitute trademark dilution in violation of 15 U.S.C. § 1125(c).

50.     Plaintiff has suffered irreparable harm for which there is not an adequate remedy at law, unless Defendant is permanently enjoined by this Court from using the Mark.

51.     As a direct and proximate result of Defendant's unlawful acts, Plaintiff has suffered damages in an amount that will be established at trial.

## VIII. FOURTH CAUSE OF ACTION

### False Designation of Origin 15 U.S.C. § 1125(a)

52.     Plaintiff re-alleges and incorporates by reference each and every allegation of paragraphs 1-51 of this Complaint as if fully set forth herein.

53.     Defendant has knowingly used the Mark in connection with the products that Defendant promotes and sells.  Defendant's acts in connection with the misuse are likely to confuse, mislead, or deceive the consuming public as to origin, source, sponsorship, or affiliation of Defendant's products and services, and are likely to cause such persons to believe in error that Defendant's products and services have been authorized, sponsored, endorsed, approved, or licensed by Plaintiff.

54.     Defendant's acts constitute false or misleading descriptions, false advertising, and false designations of the origin of Defendant's goods and services in violation of 15 U.S.C. § 1125 (a).  As a result, Plaintiff has suffered irreparable harm to value of the Mark.

55.     Plaintiff has suffered irreparable harm as a result of Defendant's misuse of the Mark for which there is not an adequate remedy at law, unless Defendant is permanently enjoined by this Court from using the Mark.

56.     As a direct and proximate result of Defendant's unlawful acts, Plaintiff has suffered damages in an amount that will be established at trial.

## IX. FIFTH CAUSE OF ACTION

## Common Law Trademark Infringement

57.     Plaintiff re-alleges and incorporates by reference each and every allegation of paragraphs 1-56 of this Complaint as if fully set forth herein.

58.     Plaintiff was the first to use the Mark in connection with artificial Christmas trees. As a result, Plaintiff owns all rights, title, and interest in and to the Mark, including all common law rights in such marks.

59.     Defendant's unauthorized use of the Mark in connection the misuse detailed herein constitutes trademark infringement in violation of the common law of the State of New Jersey.

60.     Defendant's acts complained of herein were done with full knowledge and intentional disregard for Plaintiff's rights in the Mark.  Defendant's acts have caused confusion in New Jersey as to the source of Defendant's goods and services.

61.     By reason of Defendant's actions, Plaintiff has suffered irreparable harm for which there is not an adequate remedy at law, unless Defendant is permanently enjoined by this Court from using the Mark.

62.     As a direct and proximate result of Defendant's unlawful acts, Plaintiff has suffered damages in an amount that will be established at trial.

## X. SIXTH CAUSE OF ACTION

### Unfair Competition under N.J.S.A. §56:4-1 <u>et</u> <u>seq</u>.

63.     Plaintiff re-alleges and incorporates by reference each and every allegation of paragraphs 1-62 of this Complaint as if fully set forth herein.

64.     Defendant simulated Plaintiff's Mark and artificial Christmas trees and substituted Defendant's products for those of Plaintiff, thereby deceiving and misleading the public.

65.     The actions of the Defendant's in connection with the misuse of Plaintiff's Mark constitute unfair competition as a matter of New Jersey common law.

66.     As a result of Defendant's actions, Plaintiff has suffered damage to its reputation and loss of business due to Defendant's unfair practices.

67.     By reason of Defendant's actions, Plaintiff has suffered irreparable harm for which there is not an adequate remedy at law, unless Defendant is permanently enjoined by this Court from using the Mark.

68.     As a direct and proximate result of Defendant's unlawful acts, Plaintiff has suffered damages in an amount that will be established at trial.

## XI. SEVENTH CAUSE OF ACTION

## Copyright Infringement under 17 U.S.C. §501

69.     Plaintiff re-alleges and incorporates by reference each and every allegation of paragraphs 1-68 of this Complaint as if fully set forth herein.

70.     Plaintiff's Promotional Photos were created by or on behalf of the Plaintiff. Such images were reproduced identically and marketed in conjunction with Defendant's unlawful and impermissible use of Plaintiff's Mark.

71.     Defendant's actions in connection with the use, copying, reproduction and publication of the Promotional Photos were unauthorized and unlawful actions that constitute a reproduction, counterfeit, copy, or colorable imitation of the Promotional Photos.  By committing the acts alleged herein, Defendant has intentionally, knowingly, and willfully infringed Plaintiff's copyrights in the Promotional Photos in violation of 17 U.S.C. §501.

72.     Plaintiff has suffered harm for which there is not an adequate remedy at law, unless Defendant is permanently enjoined by this Court from using the Promotional Photos.

73.     As a direct and proximate result of Defendant's infringing acts, Plaintiff has suffered damages in an amount that will be established at trial.

## XII. EIGHTH CAUSE OF ACTION

## Trademark Counterfeiting under N.J.S.A § 56:3-13.16 17 U.S.C. §501

74.     Plaintiff re-alleges and incorporates by reference each and every allegation of paragraphs 1-73 of this Complaint as if fully set forth herein.

75.     Defendant has used, without Plaintiff's consent, reproductions, counterfeits, copies or colorable imitations of Plaintiff's Marks in connection with the sale, distribution,

offering for sale or advertising of the Defendant's infringing products, which are likely to cause confusion, mistake or to deceive consumers, the public or the trade as to their source or origin.

76.     The foregoing acts of Defendant constitutes trademark counterfeiting in violation of N.J.S.A. § 56:3-13.16.

77.     Upon information and belief, Defendant has made and will continue to make substantial profits and gains to which it is not in law or equity entitled.

78.     Upon information and belief, Defendant intends to continue its infringing acts unless restrained by this court.

79.     Plaintiff has suffered harm for which there is not an adequate remedy at law, unless Defendant is permanently enjoined by this Court from using the Mark.

80.     As a direct and proximate result of Defendant's infringing acts, Plaintiff has suffered damages in an amount that will be established at trial.

## XIII. SEVENTH CAUSE OF ACTION

### Unjust Enrichment

81.     Plaintiff re-alleges and incorporates by reference each and every allegation of paragraphs 1-80 of this Complaint as if fully set forth herein.

82.     The acts complained of above constitute Defendant's unjust enrichment at Plaintiff's expense, in violation of the common law of the State of New Jersey.

## XIV. PRAYER OF RELIEF

WHEREFORE, Plaintiff requests that judgment be entered in its favor against Defendant as follows:

a.　　Finding that Defendant's unauthorized use of the Mark infringes Plaintiff's intellectual property rights;

b.　　Finding that Defendant's unauthorized use of the Mark dilutes Plaintiff's Mark;

c.　　Finding that Defendant's unauthorized use, reproduction, and copying of the Promotional Photos infringe Plaintiff's intellectual property rights;

d.　　Finding that (i) Defendant has violated Section 32 of the Lanham Act (15 U.S.C. § 1114), Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)) and Section 43(c) of the Lanham Act (15 U.S.C. § 1125(c)); (ii) Defendant has violated Section 501 of the Copyright Act of 1976 (17 U.S.C. § 501); (iii) Defendant has trafficked in counterfeit marks in violation of N.J.S.A. § 56:3-13.16 (iv) Defendant has engaged in unfair competition in violation of N.J.S.A. § 56:4-1 et seq.; (v) Defendant has engaged in trademark infringement in violation of New Jersey common law; and (vi) Defendants have been unjustly enriched in violation of New Jersey common law;

e.　　Preliminarily and permanently enjoining Defendant, its successors, officers, agents, and employees, and anyone acting in concert with or acting at the direction of any of them from, pursuant to Rule 65 of the Federal Rules of Civil Procedure, 15 U.S.C. § 1116, 17 U.S.C. § 502, N.J.S.A. § 56:3-13.16(d) and N.J.S.A. § 56:4-2:

(1) Using the Mark or any confusingly similar designation, in connection with the promotion, advertising, or sale of the Defendant's goods and services;

(2) Using, reproducing, copying, publishing the Promotional Photos or any derivate work in connection with the promotion, advertising or sale of the Defendant's goods and services;

(3) Doing any other act that is likely to confuse or mislead others into believing that the Defendant, or its goods or services, are approved by or associated with Plaintiff;

(4) Competing unfairly with Plaintiff in any manner, including unlawfully using any marks that are confusingly similar to Plaintiff's Mark and/or the Promotional Photos; and

(5) Conspiring, aiding, or abetting, any other person or entity from performing any of the activities referred to in subparagraphs (1)-(4) above.

f.       Ordering that all labels, signage, prints, advertisements, accessories, and any other materials in Defendant's possession or control that depict or make reference to the Mark and/or the Promotional Photos or any imitation thereof be destroyed, and the Mark, Promotional Photos, and any imitation thereof be removed from all Internet websites, online advertising; marketing, searching engines, or other online materials pursuant to 15 U.S.C. § 1118 and 17 U.S.C. § 503;

g.       Ordering any such other relief as the Court may deem appropriate to prevent the trade and public from deriving the erroneous impression that any service or product manufactured, sold, or otherwise circulated or promoted by Defendant is authorized by Plaintiff or related in any way to Plaintiff's products or services.

h.       Ordering Defendant to file with Court and serve on Plaintiff, within 30 days after the entry and service of this injunction, a written report, sworn under oath, setting the forth the manner and form in which Defendant has complied with the injunction.

---

i.     Awarding Plaintiff compensation for all damages and harm it has sustained as a result of Defendant's infringement, dilution and unfair competition in connection with the trademark and copyright misuses.

j.     Awarding Plaintiff treble damages resulting from Defendant's willful and intentional conduct pursuant to 15 U.S.C. § 1117 and New Jersey law;

k.     Awarding Plaintiff actual damages and profits and statutory damages resulting from Defendant's impermissible and unauthorized conduct pursuant to 17 U.S.C. § 504;

l.     Assessing and awarding Plaintiff its attorneys' fees and costs incurred in this action against Defendant pursuant to 15 U.S.C. § 1117, 17 U.S.C. § 504 and New Jersey law; and

m.    Ordering or awarding any other relief that the Court deems just and proper.

**JAMES M SMEDLEY LLC**
A Limited Liability Company
Attorneys for Plaintiff, National Christmas
Products, d/b/a National Tree Company

Respectfully submitted,

By:    /S/ James M. Smedley
james.smedley@sigmalawgroup.com

James M. Smedley, Esq.
Honeah Mangione, Esq.

Dated: January 23, 2017

## <u>DEMAND FOR JURY TRIAL</u>

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff requests a trial by jury.

**JAMES M SMEDLEY LLC**
A Limited Liability Company
Attorneys for Plaintiff, National Christmas
Products, d/b/a National Tree Company

Respectfully submitted,

By:     /S/ James M. Smedley
james.smedley@sigmalawgroup.com

James M. Smedley, Esq.
Honeah Mangione, Esq.

Dated: January 23, 2017

## <u>L.CIV.R. 11.2 CERTIFICATION</u>

The undersigned certifies that the matter in controversy in the within action is not the subject of any other action pending in any court or of any pending arbitration or administrative proceeding.


**JAMES M SMEDLEY LLC**
A Limited Liability Company
Attorneys for Plaintiff, National Christmas
Products, d/b/a National Tree Company

Respectfully submitted,

By:   <u>/S/ James M. Smedley</u>
james.smedley@sigmalawgroup.com

James M. Smedley, Esq.
Honeah Mangione, Esq.


Dated: January 23, 2017

# Exhibit A

# United States of America

## United States Patent and Trademark Office

# Dunhill Fir

**Reg. No. 4,748,103**

**Registered June 2, 2015**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

NATIONAL CHRISTMAS PRODUCTS, INC. (NEW JERSEY CORPORATION), DBA
   NATIONAL TREE COMPANY
2 COMMERCE DRIVE
CRANFORD, NJ 07016

FOR: ARTIFICIAL CHRISTMAS TREES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-1-2000; IN COMMERCE 12-1-2000.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FIR", APART FROM THE
MARK AS SHOWN.

SER. NO. 86-460,459, FILED 11-20-2014.

BARBARA BROWN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# Exhibit B



BED BATH & BEYOND

FREE SHIPPING ON ORDERS OVER $29 details
IN STORE PICKUP details

PRODUCTS | TRENDS & IDEAS | COLLEGE | WEDDING & GIFT REGISTRY

Find A Store | You May Like... | My Offers | Track Order | Contact Us | Gift Cards | Ship To

All ˅   What can we help you find?

Home > Holiday > Christmas > Christmas Trees > National Tree Dunhill Fir Christmas Tree Collection > National Tree Company 4.5-Foot Dunhill Fir Pre-Lit Christmas Tree with Clear Lights

# National Tree Company 4.5-Foot Dunhill Fir Pre-Lit Christmas Tree with Clear Lights

The Dunhill Fir Pre-Lit Christmas Tree with Clear Lights from National Tree looks and feels fresh-from-the-forest real, perfect for displaying your treasured ornaments. Hinged branches make set-up quick and easy, year after year.

Vendor Shipping Details | Gift Packaging Unavailable



Part of the  National Tree Dunhill Fir Christmas Tree
Collection  Collection

☆☆☆☆☆  Write the first review

Share This Product

f  ⤬  P  👍 Like 0

**Size**

4.5 FT

**$129.99**

Free Shipping on Orders Over $29
Must order by 12/15 to guarantee delivery by 12/24.

＋
1
−

ADD TO CART

ADD TO REGISTRY



⊕ Hover to zoom | Click to view larger

# Exhibit C







Login | Request an Account

Cart (o)

Search

# NORTHLIGHT

Christmas & Holiday »   Spring & Everyday »   Everything Else   Contact Us   Blog

Home » About Us

## About Us

Northlight is a manufacturing, importing and wholesale division of the family owned and operated Gordon Companies Inc.

Northlight, which has showrooms in Atlanta, GA, Las Vegas, NV, and Buffalo, NY, offers an extensive variety of seasonal and gift decor. This includes holiday accessories, patio furniture, lawn and garden necessities, and pool and spa equipment.

Northlight-branded items can be found in boutique retailers across the U.S. As a family-owned company, we have nearly 40 years of retail and wholesale experience. We take pride in offering the highest quality products at the lowest possible prices.

Like 0

Tweet

G+1

### Order Summary

Your Cart is empty



Birdcages, Lanterns, & Artificial Suc...
Posted by Northlight
41 Views

# Exhibit D

United States Patent and Trademark Office

Home · Site Index · Search · FAQ · Glossary · Guides · Contacts · eBusiness · eBiz alerts · News · Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Fri Dec 9 03:32:26 EST 2016

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout    Please logout when you are done to release system resources allocated for you.

Start    List At:          OR    Jump    to record:          Record 2 out of 20

| TSDR | ASSIGN Status | TTAB Status |    *( Use the "Back" button of the Internet Browser to return to TESS)*

# NORTHLIGHT

| | |
|---|---|
| **Word Mark** | NORTHLIGHT |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: Artificial Christmas garlands; Artificial Christmas trees; Artificial Christmas wreaths; Christmas tree ornaments and decorations; Christmas tree skirts; Pre-lit artificial Christmas garlands; Pre-lit artificial Christmas trees; Pre-lit artificial Christmas wreaths. FIRST USE: 2013125. FIRST USE IN COMMERCE: 2013125 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86132095 |
| **Filing Date** | November 30, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 1, 2014 |
| **Registration Number** | 4551894 |
| **Registration Date** | June 17, 2014 |
| **Owner** | (REGISTRANT) Gordon Companies Inc. CORPORATION NEW YORK 85 Innsbruck Drive Cheektowaga NEW YORK 14227 |
| **Attorney of Record** | Daniel P. Joyce |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

# Exhibit E

12/9/2016

Amazon.com:: Northlight Seasonal Unlit Northern Dunhill Fir Full Artificial Christmas Tree, 6.5' : Home & Kitchen







‹ Back to search results for "dunhill fir christmas tree"

Home & Kitchen   Best Sellers   Shop by Room ˅   Your Amazon.com   Today's Deals   Bedding & Bath ˅   Home Décor ˅   Artwork ˅   Storage ˅   Vacuums & Floor Care ˅   Orders   Heating & Cooling ˅



## Northlight Seasonal Unlit Northern Dunhill Fir Full Artificial Christmas Tree, 6.5'

by Northlight Seasonal
Be the first to review this item

Price: $155.99 + $5.00 shipping

In Stock.

**Arrives before Christmas.**

**Get it as soon as Dec. 13 - 16** when you choose **Expedited Shipping** at checkout.
Ships from and sold by Pool and Patio Decor.

- Item #: 31450614
- Product Weight: 44 lbs
- Dimensions: 50x78x50

New (2) from $155.99 + $5.00 shipping

Share ⊠ f 🐦 🅟

Qty: | 1 ▾ |

$155.99 + $5.00 shipping

In Stock. Sold by **Pool and Patio Decor**

[ Add to Cart ]

Ⓨ

1-Click ordering is not available for this item.

**Ship to:**
WARREN, NJ 07059 ▾

[ Add to List ]

**Other Sellers on Amazon**

[ Add to Cart ]

$242.01
+ Free Shipping
Sold by: Specialties Provider

New (2) from $155.99 + $5.00 shipping

Have one to sell?   [ Sell on Amazon ]

https://www.amazon.com/Northlight-Seasonal-Northern-Artificial-Christmas/dp/B00ZASOS96/ref=sr_1_8?s=home-garden&ie=UTF8&qid=1481304660&sr=1-8&keywords=dunhill+fir+christmas+tree

1/7



Amazon.com:: Northlight Seasonal Unlit Northern Dunhill Fir Full Artificial Christmas Tree, 6.5' : Home & Kitchen

**Sponsored Products Related To This Item** (What's this?)

National Tree [...] 32" Tall
Prelit Artificial Tree
Valley Spruce Tree, 33"...
Clear Lights
★★★★☆ 85
$134.63 ✓prime

Balsam Hill Balsam
Mountain Fir Artificial
Christmas Tree, 6.5 Feet,
Clear Color Lights
★★★★☆ 33
$[...]

Balsam Hill Berkshire
Mountain Fir Artificial
Christmas Tree, 6.5 Feet,
Unlit
★★★★☆ 33
$179.00

National Tree (PEJF1-
301-75) "Feel-Real"
Jersey Fraser Fir Hinged
Tree with 1250 Multi...
★★★★☆ 7
$420.50 ✓prime

HomCom 7.5' 280 LED /
Fiber Optics Artificial
Christmas Tree w/ 8 Light
Modes
★☆☆☆☆ 1
$69.95

Ad feedback

Page 1 of 3

Page 1 of 2

**Customers Who Viewed This Item Also Viewed**

2/7

12/9/2016

Amazon.com: Northlight Seasonal Unlit Northern Dunhill Fir Full Artificial Christmas Tree, 6.5' : Home & Kitchen



National Tree DUH-75 7.5-feet Dunhill Fir Hinged Artificial Christmas Tree
★★★★★ 255
$189.00 ✓Prime



National Tree DUH-65 Dunhill Fir Hinged Christmas Tree, 6.5 Feet
★★★★★ 255



Best Choice Products 7.5' Ft Prelit Premium Spruce Hinged Artificial Christmas Tree W/ 550 Clear Lights…
★★★★☆ 78
$119.99



Classic Pine Full Unlit Christmas Tree
★★★★☆ 33
$199.99

National Tree Dunhill Fir Hinged Tree, 7-Feet
★★★★★ 255

## Customers Viewing This Page May Be Interested In These Sponsored Links (What's this?)

1. **Dunhill Fir Christmas Tree Sale - Up to 50% off + Free Shipping** ⧉  -  www.hayneedle.com/**ChristmasTrees/DunhillFir**
   Huge Selection of **Dunhill Fir Christmas Tree.** Shop Online Exclusives Now!

2. **Artificial Christmas Trees - Save Up To 50% + Free Shipping** ⧉  -  www.**tree**classics.com/Since-1976
   World's Finest Artificial **Christmas Trees™** The Trusted Brand Since 1976!

Ad feedback ⧉

## Special Offers and Product Promotions

- Your cost could be **$105.99 instead of $155.99**! Get a **$50.00 gift card instantly** upon approval for the **Amazon.com Rewards Visa Card.** Apply now.

## Product Description

Features perfectly shaped tapered tips that are a medium green color and have a natural, lush look and feel. Product Features: Unlit. 1838 tips. 1.75" wide tips. Full profile tree. Flame retardant. Hinged branch construction. For indoor use only. Comes with a FREE black metal tree stand. Dimensions: 6.5' high (from the base of stand to the top of the tree). 50" base diameter (at the widest point). Material(s): PVC/metal

## Product Information

| Warranty & Support | |
| --- | --- |
| Product Dimensions | 50 x 50 x 78 inches |

https://www.amazon.com/Northlight-Seasonal-Northern-Artificial-Christmas/dp/B00ZASOS96/ref=sr_1_8?s=home-garden&ie=UTF8&qid=1481304660&sr=1-8&keywords=dunhill+fir+christmas+tree



12/9/2016

Amazon.com: Northlight Seasonal Unlit Northern Dunhill Fir Full Artificial Christmas Tree, 6.5': Home & Kitchen

| Item Weight | 44 pounds |
| Shipping Weight | 34 pounds (View shipping rates and policies) |
| Manufacturer | NORHTLIGHT |
| ASIN | B00ZASOS96 |
| Item model number | 31450614 |
| Customer Reviews | Be the first to review this item<br>0.0 out of 5 stars |
| Best Sellers Rank | #2,983,037 in Home and Kitchen<br>(See Top 100 in Home and Kitchen) |

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to give feedback on images?
Would you like to **tell us about a lower price?**

Page 1 of 7

**Sponsored Products Related To This Item** (What's this?)

Balsam Hill Berkshire Mountain Fir Artificial Christmas Tree, 7.5 feet, Clear Lights
★★★★☆ 33
$289.00

National Tree 7-1/2-Foot Prelit Artificial North Valley Spruce Tree, 550 Clear Lights
★★★★☆ 451 ✓Prime
$134.63

Balsam Hill BH Balsam Fir Premium Artificial Christmas Tree, 6.5 Feet, Color+Clear Lights
★★★★☆ 43
$599.00

Balsam Hill Classic Blue Spruce Narrow Artificial Christmas Tree, 7 Feet , Unlit
★★★★☆ 6
$229.00

Canadian Fir Grande Christmas Tree 7' with 300 Clear Lights
★★★★☆ 5
$89.99

Ad feedback

## Customer Questions & Answers

🔍 Have a question? Search for answers

12/9/2016

Northlight Seasonal | Wayfair



Free Shipping Over $49*  |  Up to 70% OFF Holiday Savings Spectacular »

Departments ∨  Rooms ∨  Inspiration  Sale

Registry  Idea Boards  Account

🛒 0

🔍

Northlight

Browse By Brand > Northlight Seasonal

# Northlight Seasonal

**NORTHLIGHT**

As a family-owned company, Northlight has nearly 40 years of retail and wholesale experience. They believe the cornerstone to their mutual success is to provide innovative designs and to search for and import products with their customers foremost in mind.

### Categories

Northlight Seasonal Ornaments & Tree Décor

Northlight Seasonal Holiday Lighting

Northlight Seasonal Christmas Stockings & Tree Skirts

Northlight Seasonal Garlands & Swag

Northlight Seasonal Holiday Figurines & Collectibles

Northlight Seasonal Outdoor Decorations

Northlight Seasonal Accent Chairs

Northlight Seasonal Accent Pillows

Northlight Seasonal Air Mattresses

Northlight Seasonal Area Rugs

Northlight Seasonal Art & Craft Supplies

Northlight Seasonal Baking Dishes

Northlight Seasonal Baskets, Boxes & Buckets

Northlight Seasonal Bean Bags

Northlight Seasonal Beverage Servers

Northlight Seasonal Bird Baths

### Browse Collections from Northlight Seasonal

Alpine Chic

Botanic Beauty

Christmas Traditions

Diva Safari

Autumn

Candy Lane

City Chic

Fancy Fair

Basic Luxury

Capri Boulevard

Country Cabin

French Countryside

Beach Day

Christmas Morning

Country Heritage

Gingerbread Kisses

+ Show All Collections

### Northlight Seasonal



**Northlight Seasonal Ornaments & Tree Décor** (958)



**Northlight Seasonal Holiday Lighting** (227)



**Northlight Seasonal Christmas Stockings & Tree Skirts** (254)

**Northlight Seasonal Garlands & Swag** (205)

wayfair™

12/9/2016

Northlight Seasonal | Wayfair

+ View All Products

**Northlight Seasonal Christmas Trees** (416)

**Northlight Seasonal Wreaths** (290)

**Northlight Seasonal Outdoor Decorations** (280)

**Northlight Seasonal Holiday Figurines & Collectibles** (631)

**Northlight Seasonal Candle Holders** (265)

**Northlight Seasonal Wall Art** (108)

**Northlight Seasonal Garden Statues & Outdoor Accents** (198)

**Northlight Seasonal Holiday Accents & Decor** (185)



More Options: Color »
Shiny Wrought Iron Lantern
by Northlight Seasonal
$5.99



More Options: Color »
6.5' x 10' Rectangular Market Umbrella
by Northlight Seasonal
$74.99 $79.99
FREE Shipping








More Options »
Country Rustic Star Indoor/Outdoor Wall
by Northlight Seasonal
from $10.00 $14.99

Northlight Seasonal Bird Feeders
Northlight Seasonal Birdhouses
Northlight Seasonal Bouncers
Northlight Seasonal Camping Lanterns & Lighting
Northlight Seasonal Candle Holders
Northlight Seasonal Candles
Northlight Seasonal Canisters & Jars
Northlight Seasonal Cat Condos & Cat Trees
Northlight Seasonal Cat Litter Box Accessories
Northlight Seasonal Christmas Tree Stands & Accessories
Northlight Seasonal Christmas Trees
Northlight Seasonal Coat Racks and Hooks
Northlight Seasonal Coolers
Northlight Seasonal Cove Lighting
Northlight Seasonal Cruets & Condiment Bottles
Northlight Seasonal Cupolas & Weathervanes
Northlight Seasonal Daybeds, Guest Beds & Folding Beds
Northlight Seasonal Decorative Boards
Northlight Seasonal Decorative Objects
Northlight Seasonal Decorative Trays
Northlight Seasonal Dining Bowls
Northlight Seasonal Dining Linens
Northlight Seasonal Dog Beds & Mats

Northlight Seasonal | Wayfair



Battery Operated 8 LED Lighted Rustic Lodge Fireplace
by Northlight Seasonal

**$10.99** $14.99



Autumn Harvest Artificial Pumpkin with Sunflowers
by Northlight Seasonal

**$26.99**

More Options: Color »

100 Light Mini Halloween or Christmas Light
by Northlight Seasonal

**$6.99** $12.99

Autumn Harvest Artificial Pumpkin with Mixed Fall
by Northlight Seasonal

**$23.99** $25.99





Battery Operated 6 LED Lighted Candle and Leaves
by Northlight Seasonal

**$9.99** $14.99




'Summer Fun and Relaxation' Photographic Print on Canvas
by Northlight Seasonal

**$14.99** $19.99

Northlight Seasonal Dog and Cat Crates/Kennels/Carriers

Northlight Seasonal Faux Florals

Northlight Seasonal Faux Plants and Trees

Northlight Seasonal Floor Lamps

Northlight Seasonal Folding Chairs

Northlight Seasonal Furniture Cushions

Northlight Seasonal Garden Statues & Outdoor Accents

Northlight Seasonal Glassware & Barware

Northlight Seasonal Hammocks

Northlight Seasonal Holiday Accents & Decor

Northlight Seasonal Holiday Decor Storage

Northlight Seasonal Hot Tubs

Northlight Seasonal Indoor & Outdoor Fountains

Northlight Seasonal Judaica

Northlight Seasonal Kids Chairs

Northlight Seasonal Kids Tables and Sets

Northlight Seasonal Kitchen Aprons

Northlight Seasonal Landscape Lanterns & Torches

Northlight Seasonal Landscape Lighting

Northlight Seasonal Landscaping Accessories

Northlight Seasonal Lawn and Beach Chairs

Northlight Seasonal Light Bulbs

Northlight Seasonal Mats

# Exhibit G

**wayfair®**

Departments ∨   Rooms ∨   Inspiration   Sale

Holidays  >  Christmas Decorations  >  ...  >  Regular (Full) Christmas Trees  >  National Tree Co.  >  SKU: NTC2320

Find anything for your home...

Share:

Dunhill Fir 7.5' Hinged Green Artificial Christmas Tree and Stand by National Tree Co.

★★★★⯪ 99 Reviews | Ask the First Question

**$187.99**   $329.99  43% Off

Payments as low as $17/month. Learn More

**FREE Shipping**
Expected back in stock by Jun 17, 2017.

Quantity: 1

**Notify Me**

♡ Save to Idea Board

You Might Also Need



Case 2:17-cv-00442-JLL-SCM　Document 1　Filed 01/23/17　Page 41 of 79 PageID: 41

Free Shipping Over $49* | Up to 70% OFF 72 Hour Sale »

Registry　Idea Boards　Account　🛒 0

**wayfair** | Departments ⌄　Rooms ⌄　Inspiration　Sale

Find anything for your home... 🔍

## Categories

- All Christmas Trees
- Pre-Lit Christmas Trees
- Flocked Christmas Trees
- Christmas Trees With Stands
- Upside Down Christmas Trees
- Potted Christmas Trees
- Real Christmas Trees
- White Christmas Trees

## Get It Fast ⊖

☐ 🚚 Express Shipping

Zip Code: 06831 change

## Tree Height ⊖

- ☐ Less than 3'
- ☐ 3' – 6'
- ☐ 6' – 7'
- ☐ 7' – 8'
- ☐ 8' – 10'
- ☐ 10' – 12'
- ☐ 12'+

## Shape ⓘ ⊖

- ☐ Regular (Full)
- ☐ Slender
- ☐ Extra Full
- ☐ Upside Down
- ☐ Flatback and Quarter
- ☐ Spiral-Shaped

## Price Per Item ⊖

- ☐ Under $100
- ☐ $100 to $250
- ☐ $250 to $500
- ☐ $500 to $750
- ☐ $750 to $1,000
- ☐ $1,000 & Above

$ Min to 299 ▶

## Size ⊖

- ☐ Small
- ☐ Medium
- ☐ Large
- ☐ Mini

## Bulb Type ⊖

# **Northlight** 6.5' Northern Innsbruk Pine Full Artificial Christmas Tree

**HOT DEAL!**

★★★☆☆ 3.5 (2 Reviews)

**$149.99**
List Price: $174.99
You Save: $25.00 (14%)

**FREE Shipping**
Get it by Thu, Dec 15

Full Details　**Add to Cart ▶**

1 – 48 of 2,193 results　　⊞ ☰　Sort: Recommended ⌄

6' Pre-Lit Sequoia Tree with Pure White Lights
by Queens of Christmas

**$269.99**
FREE Shipping
★★★★★ (8)

Pop Up 6' Green Artificial Christmas Tree with 350 Lights
by LB International

**$95.99**
FREE Shipping
★★★★½ (31)

More Options: Lights »
North Valley Spruce 7.5' Tree
by National Tree Co.

**$192.41** $229.99
FREE Shipping
★★★★★ (4)

Sale
3' Green Pine Artificial Christmas Tree with 50 Pre-Lit
by National Tree Co.

**$65.99**
FREE Shipping

Sale
Innsbruk Pine 6.5' Hinged Green Artificial Christmas Tree
by National Tree Co.

**$253.99**
🚚 FREE 1-Day Shipping

Kingswood 3" Green Fir Artificial Christmas Tree
by National Tree Co.

**$32.99**
★★★★½ (29)
FREE Shipping

**wayfair**

Departments ⌄   Rooms ⌄   Inspiration   Sale

Holidays  >  Christmas Decorations ⌄  >  ...  >  Regular (Full) Christmas Trees  >  National Tree Co.  >  **SKU: NTC2317**    Share: ✉ Ⓟ f 🐦 </>  🖨

Dunhill Fir 6.5' Hinged Green Artificial Christmas Tree with 650 Multicolored Lights by National Tree Co.

★★★★★ 50 Reviews | 2 Questions Answered

## $232.91

Payments as low as $21/month. Learn More

**FREE Shipping**
Expected back in stock by Jun 18, 2017.

Quantity: 1 ▸

**Notify Me**

♡ Save to Idea Board

You Might Also Need



Sale

🔍⊕

CYBER MONDAY DEALS WEEK

amazon
Try Prime

Departments

Home & Kitchen

Best Sellers    Your Amazon.com    Shop by Room    Cyber Monday    Gift Cards & Registry    Sell    Artwork    Home Décor    Bedding & Bath    Home Décor    Storage    Help

Home & Kitchen    Vacuums & Floor Care    Heating & Cooling    Kitchen & Dining    Furniture    Patio & Garden    Appliances    Wedding Registry

Northlight Pre-Lit Northern Dunhill Fir Full Artificial Christmas Tree with Multicolored Lights, 10'

by Northlight

★★★★★  ·  1 customer review

Available from these sellers.

- Item # 31450597
- Product Weight  81 lbs
- Dimensions  68x120x68

**Used** (1) from $400.00



Click to open expanded view

Share

See All Buying Options

Add to List

Have one to sell?    Sell on Amazon

Ad feedback

Water Trees Without
The Work or Dirt.
Safe, Durable...

Slow Release Tree Watering Bag...
Reliable Watering Bag With a Dr...
★★★★★ 6
$12.99  √Prime



amazon
Your Amazon.com

Departments ▾    Home & Kitchen ▾

Home & Kitchen    Best Sellers    Shop by Room ▾    Bedding & Bath ▾    Cyber Monday    Gift Cards & Registry ▾    Sell    Artwork ▾    Storage ▾    Vacuums & Floor Care ▾    Heating & Cooling ▾    Furniture ▾    Kitchen & Dining ▾    Patio & Garden ▾    Appliances ▾    Wedding Registry    Help

Hello, Sign in
Your Account ▾    Try Prime ▾    Lists ▾    Cart

**CYBER** MONDAY   DEALS WEEK

**Lower Priced Items to Consider**

10' Pre-Lit Northern Dunhill Fir Full Artificial Christmas Tree - Clear Lights
★★★★★ 1
$624.99 + $5.00 shipping

Is this feature helpful?   Yes   No

Northlight Pre-Lit Northern Dunhill Fir Full Artificial Christmas Tree with Clear Lights...
★★★★★ 3
$752.18

10' Pre-Lit Canadian Pine Artificial Christmas Tree - Multi Lights
★★★★☆ 1
$552.49

**Northlight Pre-Lit Northern Dunhill Fir Full Artificial Christmas Tree with Multicolored Lights, 14'**
by Northlight
Be the first to review this item

**Available from these sellers.**

- Item #: 31450606
- Product Weight: 176 lbs
- Dimensions: 88x168x88

Used & new (3) from $1,302.49 & FREE shipping

Share ✉ ⓕ ⓟ

See All Buying Options

Add to List

Have one to sell?   Sell on Amazon



Northlight Pre-Lit Northern Dunhill Fir Full Artificial Christmas Tree with Multicolored Lights, 6.5'

by Northlight

★★★★★ ▾ 1 customer review

Available from these sellers.

- Item # 31450620
- Product Weight: 44 lbs
- Dimensions: 50x78x50

New (1) from $340.22 & FREE shipping

Click to open expanded view



amazon
Try Prime

Departments ~   Home & Kitchen ~   Your Amazon.com   Cyber Monday   Bedding & Bath ~   Home Décor ~   Best Sellers   Shop by Room ~

Hello. Sign in
Your Account ~   Try Prime ~   Lists ~   Cart

CYBER MONDAY   DEALS WEEK

Home & Kitchen ~   Gift Cards & Registry   Sell   Help   Storage ~   Artwork ~   Home Décor ~   Vacuums & Floor Care ~   Heating & Cooling ~   Kitchen & Dining ~   Furniture ~   Appliances ~   Patio & Garden ~   Wedding Registry

Northlight Pre-Lit Northern Dunhill Fir Full Artificial Christmas Tree with Warm Clear LED Lights, 14'
by Northlight
Be the first to review this item

Price   $1,502.49 & FREE Shipping

ⓘ Item is eligible  No interest if paid in full within 12 months with the Amazon.com Store Card. Apply now

**Get it as soon as Dec. 2 - 7** when you choose **Expedited** at checkout.
Ships from and sold by Christmas Central.

**Only 6 left in stock.**

• Item #: 31752849
• Product Weight: 176 lbs
• Dimensions: 88x168x.68

New (3) from $1,349.99 + $92.49 shipping

Share ✉ f 🐦 📌

$1,502.49 + Free Shipping
Only 6 left in stock. Sold by
Christmas Central

Qty: 1 ▾

Add to Cart

1-Click ordering is not available
for this item.

Ship to:
WARREN, NJ 07059 ~

Add to List

Other Sellers on Amazon

$1,499.99
+ $5.00 shipping
Sold by: Pool and Patio Decor

New (3) from $1,349.99 + $92.49
shipping

Have one to sell?
Sell on Amazon

Add to List

Roll over image to zoom in

Ad feedback



YOURSPORT

Holiday
Christmas
Decorations

Outdoor Solar Led Light Use for Lawn,
Pation, Fairy Garden, Home, Indoor
$20.99 $11.90 ✓Prime

Share ☒ f 🐦 ⑫

See All Buying Options

Add to List

# National Tree 6 1/2-Feet Dunhill Fir Tree, Hinged, 650 Clear Lights (DUH-65LO)

by National Tree Company

★★★★☆ ▾  |  13 customer reviews  |  5 answered questions

Available from these sellers.

* N/a
* Imported
* Measures 6.5 feet tall with 53" diameter
* Pre-strung with 650 UL listed clear lights and 1838 branch tips
* All metal hinged construction (branches are attached to center pole sections)
* Includes sturdy folding metal tree stand
* Fire-resistant and non-allergenic
» Show more

New (1) from $399.99 & FREE shipping.

This item's packaging will indicate what is inside and cannot be hidden.

**Find Products for your Home**
Shop products for every room in your home from your Garage to your Kitchen.
Shop Now

Roll over image to zoom in

Home & Kitchen    Best Sellers    Shop by Room ▾    Bedding & Bath ▾    Home Décor ▾    Artwork ▾    Storage ▾    Vacuums & Floor Care ▾    Heating & Cooling ▾    Furniture ▾    Kitchen & Dining ▾    Patio & Garden ▾

‹ Back to search results for "artificial Christmas tree"

# Exhibit H

# *fm* **FINESTEIN & MALLOY** LLC
Attorneys at Law

6 Commerce Drive, Suite 304                                                                    www.fmnjlaw.com
Cranford, New Jersey 07016-3515
Phone:  973-635-4500
Fax:  973-635-4543

November 11, 2016

*Via Certified Mail, R.R.R., Ordinary Mail and Nathan@christmascentral.com*
Gordon Companies, Inc.
85 Innsbruck Drive
Cheektowaga, New York 14227
Attn: David Gordon/Nathan Gordon

**Re:**     **Copyright Infringement**

Gentlemen:

This firm represents National Christmas Products, Inc. d/b/a National Tree Company ("NTC").  It has come to my client's attention that you are making unauthorized use of the copyrighted work of NTC, specifically,  certain photographs  that are used by NTC to depict NTC's products on its website and on third party websites (the "Copyrighted Photos").  By way of example, one of the Copyrighted Photos that my client uses to depict its "Dunhill Fir 7.5" Hinged Green Artificial Christmas Tree with 750 Clear Lights" is being used by you in connection with your marketing of a tree described on your website as "7.5' Pre-lit Northern Dunhill Fir Full Artificial Christmas Tree – Warm Clear Lights".  This and other Copyrighted Photos also appear as depictions of your products on wayfair.com, amazon.com, walmart.com and presumably, other e-commerce sites.1

You neither asked for nor received permission to use the Copyrighted Photos. Therefore, it appears that you have willfully infringed NTC's rights under 17 USC § 101, et seq. and, are liable to NTC for substantial statutory damages, in addition to other relief available to NTC.

NTC demands that you immediately direct the operators of all websites through which your products are sold to remove the Copyrighted Photos and discontinue all inventory feeds containing same. NTC further  demands that you immediately cease all other use of the Copyrighted Photos and that you deliver to the Company all unused, undistributed copies of same, or destroy such copies immediately, and that you desist from all infringement of the NTC's rights.

---

1 Under separate cover, we have advised you that the use of the term "Dunhill" in connection with your marketing of artificial Christmas trees infringes upon NTC's trademark.  This letter is sent to advise that in addition to the trademark infringement, you are also engaging in the unauthorized use of NTC's copyrighted work.

{00071477 / MMALLOY }

November 11, 2016
Page Two


NTC reserves the right to send Take-Down Notices to all website owners, website hosts and search engines (for convenience, "ISPs") pursuant to the Digital Millennium Copyright Act ("DMCA") (17 § USC 512(c)). Pursuant to the DMCA, the ISPs are required by law to remove and/or disable access to all infringing postings, pages and listings. Failure to comply with the DMCA renders the non-complying party liable for civil damages and penalties.

Your immediate compliance is demanded. Failure to comply shall force my client to take legal action.

This letter is sent without prejudice to all of our client's rights and claims, all of which are expressly reserved.


                              Very truly yours,

                              Michael D. Malloy

MDM/aj


{00071477 / MMALLOY }

# Exhibit I

# *fm* FINESTEIN & MALLOY LLC
### Attorneys at Law

6 Commerce Drive, Suite 304                                                                     www.fmnjlaw.com
Cranford, New Jersey 07016-3515
Phone:  973-635-4500
Fax:  973-635-4543


November 11, 2016


**_Via Certified Mail, R.R.R., Ordinary Mail and Nathan@christmascentral.com_**
Gordon Companies, Inc.
85 Innsbruck Drive
Cheektowaga, New York 14227
Attn: David Gordon/Nathan Gordon

**Re:**     **Trademark Infringement**

Gentlemen:

This firm represents National Christmas Products, Inc. d/b/a National Tree Company ("NTC"), which is the owner of U.S. Federal Trademark Registration No. 4748103 relating to the trademark "Dunhill" for, <u>inter alia</u>, artificial Christmas trees.  NTC uses this mark in the United States and around the world in conjunction with the sale of its products.  The mark has been in continuous use since October 27, 1999.1

Our client has discovered that the Gordon Companies, trading as Northlight Seasonal, is intentionally trading on NTC's goodwill by using a name for its products that is confusingly similar to NTC's trademark.   Your website at northlightseasonal.com prominently features NTC's registered trademark in the description of various artificial Christmas trees, wreaths and garlands.  (See, e.g., "7.5 Foot Pre-Lit Northern *Dunhill* Fir Full Artificial Christmas Tree – Warm Clear Lights" at http://www.northlightseasonal.com/collections/artificial-christmas-trees/products/31752850). My client indicates that the mark is also being used to sell your products on wayfair.com, amazon.com, walmart.com and other e-commerce sites.

It is clear that your use of "Dunhill" is intended to (and actually does) confuse and misdirect customers seeking our client's goods. This activity is actionable under federal law and causes you to be liable to NTC in every state and country in which you have made sales. Your activities are unlawful and constitute unfair competition, intentional trademark infringement, trademark dilution, and false designation of origin.

---

1   Under separate cover, we have advised that you are making unauthorized use of certain photographs which are the copyrighted work of NTC.  This letter is sent to advise that in addition to the copyright violation, you are also infringing upon our client's registered trademark.

{00071476 / MMALLOY }

November 11, 2016
Page Two


Federal trademark law provides numerous remedies for trademark infringement and dilution, including but not limited to preliminary and permanent injunctive relief, money damages, disgorgement of profits, remedies for the destruction or confiscation of infringing products and promotional materials, and, where intentional infringement is shown, attorneys fees and treble money damages.

My client demands that you immediately a) cease and desist from further use of "Dunhill" in the marketing and sale of your products; b) remove all references to "Dunhill" on your website; c) discontinue all inventory feeds to e-commerce sites containing such references; d) direct the operators of all such sites to remove such references; and e) supply an accounting of profits derived by your company from the use of "Dunhill" to date. Failure to so comply shall force my client to take legal action. In this regard, a lawsuit may be filed against you seeking: (i) preliminary and permanent injunctions, (ii) money damages, (iii) compensation equal to your profits, (iv) reimbursement for attorney's fees, and (v) a court order that you compensate NTC for damage to its goodwill.

This letter is sent without prejudice to our client's rights and claims, all of which are expressly reserved.

Very truly yours,

Michael D. Malloy

MDM/aj

# Exhibit J

James M. Smedley LLC
New York - New Jersey

Σ The Sigma Law Group
www.sigmalawgroup.com
Forward Thinking - Client Focused

**James Michael Smedley, Esq.**
**James M. Smedley LLC**
776 Mountain Blvd., STE 105
Watchung, NJ 07069
(732)564-5443

November 28, 2016

Sears Legal Intake (via Fax)
847.286.4511

Dear Sir or Madam:

I am contacting you on behalf of my client, National Christmas Products, Inc. d/b/a National Tree Company ("NTC") owner of the federally registered trademark in the name DUNHILL FIR® (U.S. Registered Trademark No. 4748103) for use with artificial Christmas trees. It has come to our attention that Gordan Companies, trading as Northlight Seasonal ("Northlight") and Vickerman ("Vickerman") are intentionally trading on NTC's goodwill and using our client's mark without permission to sell artificial Christmas trees on your website Sears.com.

Below is a sample listing of the products that NTC believes in good faith are infringing its trademark rights:   (Links to the above products are included in the Annex A).

| Northlight | Vickerman |
|---|---|
| Item # SPM11011054513 | Item # SPM3803153101 |
| Item # SPM10664200813 | Item # SPM3803174101 |
| | Item # SPM3803108501 |
| | Item # SPM3803123601 |

My client has made widespread use, distribution and sale of products and services using the DUNHILL FIR® trademark. In this regard, this trademark has acquired an extensive reputation and goodwill. The DUNHILL FIR® trademark is, accordingly, also a well-known mark for all relevant purposes of trademark law.

The mark, as used on your site, bears an identical name as our client's DUNHILL FIR® trademarked product and services and also constitutes a reproduction or imitation thereof.

In the circumstances, Northlight's and Vickerman's use of the DUNHILL FIR® mark on your website constitutes infringement of my client's federally protected rights.  A letter was sent to Northlight on or about November 11, 2016 requesting Northlight to cease and desist such lawful

use of my client's mark to compensate my client for the unlawful use, and similar procedure shall be pursued with regards to Vickerman's impermissible use.

Accordingly, and based on Northlight's and Vickerman's trademark infringement, we request you take down, block and remove their product page for the above listed products.

Please feel free to contact me directly if you have any questions regarding this request or if there is any way I can assist you in complying with this request.

Sincerely,

James Michael Smedley, Esq.
Managing Member
James M. Smedley LLC

776 Mountain Blvd, STE 105, Watchung, NJ 07069
P: +1(732)564-5443
F: +1(732)490-6616

**Annex A**

**Northlight**

http://www.sears.com/northlight-6.5'-pre-lit-northern-dunhill-fir-full/p-SPM11011054513?plpSellerId=Christmas%20Central&prdNo=10&blockNo=10&blockType=G10

http://www.sears.com/northlight-4'-pre-lit-northern-dunhill-fir-full/p-SPM10664200813?plpSellerId=Christmas%20Central&prdNo=25&blockNo=25&blockType=G25

**Vickerman**

http://www.sears.com/vickerman-6'-pre-lit-frosted-dunhill-fir-artificial/p-SPM3803153101

http://www.sears.com/vickerman-9'-pre-lit-frosted-dunhill-fir-artificial/p-SPM3803174101

http://www.sears.com/vickerman-3'-pre-lit-frosted-dunhill-fir-artificial/p-SPM3803108501

http://www.sears.com/vickerman-4.5'-pre-lit-frosted-dunhill-fir-artificial/p-SPM3803123601

| | |
|---|---|
| **From:** | RingCentral |
| **To:** | Honeah Mangione |
| **Subject:** | Fax Message Transmission Result to +1 (847) 2864511 - Sent |
| **Date:** | Monday, November 28, 2016 3:36:21 PM |

## Fax Transmission Results

Here are the results of the 4-page fax you sent from your phone number **(732) 564-5443, Ext. 105**:

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| | +1 (847) 2864511 | Monday, November 28, 2016 at 03:35 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| TakeDown Letter (Sears).pdf | Success |

# Exhibit K

James M. Smedley LLC
New York · New Jersey



James M Smedley LLC
776 Mountain Blvd. STE 105
Watchung, NJ 07069 (732)564-5443

Walmart Legal (via Fax)
479.277.5991

Dear Sir or Madam:

I am contacting you on behalf of my client, National Christmas Products, Inc. d/b/a National Tree Company ("NTC") owner of the federally registered trademark in the name DUNHILL FIR® (U.S. Registered Trademark No. 4748103) for use with artificial Christmas trees. It has come to our attention that Gordan Companies, trading as Northlight Seasonal ("Northlight") is intentionally trading on NTC's goodwill and using our client's mark without permission to sell artificial Christmas trees on your website Walmart.com.

Below is a sample listing of the products that NTC believes in good faith are infringing its trademark rights:   (Links to the above products are included in the Annex A).

| | | |
|---|---|---|
| Item No: 39142729 | Item No: 39129663 | Item No: 47756879 |
| Item No: 39130321 | Item No: 39130274 | Item No: 39130278 |
| Item No: 39129661 | Item No: 41293010 | Item No: 47420881 |
| Item No: 45041889 | Item No: 39191696 | Item No: 39141814 |
| Item No: 47420956 | | |

My client has made widespread use, distribution and sale of products and services using the DUNHILL FIR® trademark.  In this regard, this trademark has acquired an extensive reputation and goodwill. The DUNHILL FIR ® trademark is, accordingly, also a well-known mark for all relevant purposes of trademark law.

The mark, as used on your site, bears an identical name as our client's DUNHILL FIR ® trademarked product and services and also constitutes a reproduction or imitation thereof.

In the circumstances, Northlight's use of the DUNHILL FIR® mark on your website constitutes infringement of my client's federally protected rights.  A letter was sent to Northlight on or about November 11, 2016 requesting Northlight to cease and desist such lawful use of my client's mark to compensate my client for the unlawful use.

Accordingly, and based on Northlight's trademark infringement, we request you take down, block and remove Northlight's product page for the above listed products.

Please feel free to contact me directly if you have any questions regarding this request or if there is any way I can assist you in complying with this request.

Sincerely,

James Michael Smedley, Esq.
Managing Member
James M. Smedley LLC

Annex A

https://www.walmart.com/ip/9-Pre-Lit-Northern-Dunhill-Fir-Full-Artificial-Christmas-Tree-Clear-Lights/39142729

https://www.walmart.com/ip/12-Pre-Lit-Northern-Dunhill-Fir-Full-Artificial-Christmas-Tree-Multi-Color-Lights/39130321

https://www.walmart.com/ip/10-Northern-Dunhill-Fir-Full-Artificial-Christmas-Tree-Unlit/39129661

https://www.walmart.com/ip/12-Northern-Dunhill-Fir-Full-Artificial-Christmas-Tree-Unlit/39129663

https://www.walmart.com/ip/4-Pre-Lit-Northern-Dunhill-Fir-Full-Artificial-Christmas-Tree-Clear-Lights/39130274

https://www.walmart.com/ip/6.5-Northern-Dunhill-Fir-Full-Artificial-Christmas-Tree-Unlit/41293010

https://www.walmart.com/ip/12-Pre-Lit-Northern-Dunhill-Fir-Full-Artificial-Christmas-Tree-Clear-Lights/39191696

https://www.walmart.com/ip/7.5-Northern-Dunhill-Fir-Full-Artificial-Christmas-Tree-Unlit/39141814

https://www.walmart.com/ip/9-Pre-Lit-Northern-Dunhill-Fir-Full-Artificial-Christmas-Tree-Warm-Clear-LED-Lights/47756879

https://www.walmart.com/ip/6.5-Pre-Lit-Northern-Dunhill-Fir-Full-Artificial-Christmas-Tree-Clear-Lights/39130278

https://www.walmart.com/ip/4-Pre-Lit-Northern-Dunhill-Fir-Full-Artificial-Christmas-Tree-Warm-Clear-LED-Lights/47420881

https://www.walmart.com/ip/10-Pre-Lit-Northern-Dunhill-Fir-Full-Artificial-Christmas-Tree-Clear-Lights/45041889

https://www.walmart.com/ip/6.5-Pre-Lit-Northern-Dunhill-Fir-Full-Artificial-Christmas-Tree-Warm-Clear-LED-Lights/47420956

| From: | RingCentral |
|---|---|
| To: | Honeah Mangione |
| Subject: | Fax Message Transmission Result to +1 (479) 2775991 - Sent |
| Date: | Monday, November 21, 2016 4:49:27 PM |

## Fax Transmission Results

Here are the results of the 4-page fax you sent from your phone number **(732) 564-5443, Ext. 105**:

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| | +1 (479) 2775991 | Monday, November 21, 2016 at 04:48 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| TakeDown Letter.pdf | Success |

# Exhibit L

| | |
|---|---|
| **From:** | James Smedley |
| **To:** | Honeah Mangione |
| **Subject:** | Fwd: Gordon Companies / National Christmas Products TM / C Matter |
| **Date:** | Tuesday, November 29, 2016 3:46:42 PM |

Kind regards,

James Michael Smedley, Esq.
Managing Member
The Sigma Law Group
James M. Smedley LLC
www.sigmalawgroup.com
Direct Dial: (732)481-0587
O:(732)564-5443     F:(732)490-6616

ATTORNEY-CLIENT PRIVILEGED AND/OR CONFIDENTIAL INFORMATION

This transmission contains information from James M. Smedley LLC that is privileged and/or confidential.  The information is intended to be for the sole use of the individual or entity named on this transmission.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this transmission is strictly prohibited.  If you have received this transmission in error, please notify James M. Smedley LLC immediately so that we can arrange for the retrieval of the original documents at no cost to you. Alternatively, notify the sender by replying to this transmission and delete the message without disclosing it. Thank you.

---------- Forwarded message ----------
From: **Walbesser, Jordan** <JWalbess@hodgsonruss.com>
Date: Mon, Nov 28, 2016 at 5:00 PM
Subject: Gordon Companies / National Christmas Products TM / C Matter
To: James Smedley <james.smedley@sigmalawgroup.com>
Cc: Dave Gordon <dave@christmascentral.com>, Nathan Gordon <nathan@christmascentral.com>, "Joyce, Daniel" <DJoyce@hodgsonruss.com>

Dear James:

Thank you for your phone call last week regarding National Tree Company's (NTC) cease and desist letter to Gordon Companies Inc. (Gordon). We have now had an opportunity to complete our investigation of this matter.

As a result, Gordon has made the business decision to replace any allegedly infringing product photos as well as remove all references to NORTHERN DUNHILL from the NorthlightSeasonal.com website and Gordon's sales channels on Wayfair.com, Amazon.com, Walmart.com, and other e-commerce sites.

We note that NTC's trademark registration is for DUNHILL FIR. Our client was surprised to learn that DUNHILL FIR was a registered trademark. None of NTC's catalogs or marketing material indicate that DUNHILL FIR is a registered trademark, for example, through use of the (R) symbol. Our client believed that "Dunhill Fir" was a non-infringing tree name, like Douglas Fir.

Regardless, because the NORTHERN DUNHILL name is of no real significance to Gordon, the remedial action was done not as an admission of wrongdoing but as an efficient way to resolve a nonissue. Gordon has merely been a reseller of goods originating in China and had every reason to believe the products were non-infringing.

NTC and Gordon have a long history of doing business together. In fact, Gordon continues to drop ship products for NTC during this holiday season. We trust that this resolves the matter in a way that allows NTC and Gordon can continue to do business together.

Best regards,

Jordan

**Jordan L. Walbesser**

Senior Associate

Hodgson Russ LLP

Office: 716.848.1663 | Mobile: 716.640.0532

The Guaranty Building | 140 Pearl Street, Suite 100 | Buffalo, NY 14202

Twitter| vCard | Bio | LinkedIn

*This message may contain confidential information that is protected by the attorney-client privilege or otherwise. If you are not the intended recipient, you are notified that any disclosure, copying, or use of the contents of this message is strictly prohibited. If this message has been received by you in error, please notify the sender immediately by e-mail and delete the original message. Thank you.*

# Exhibit M

11/30/2016

Amazon.com: 10' Pre-Lit Northern Dunhill Fir Full Artificial Christmas Tree - Clear Lights: Kitchen & Dining

https://www.amazon.com/Pre-Lit-Northern-Dunhill-Artificial-Christmas/dp/B00N0YCQSM%3FSubscriptionId%3D0M98JGSSKKH303HB46R2%26tag%3Dpluscompare-20%26linkCode%3Dsp1%26camp%3D20...   1/5



Try Prime

Departments ˅   Best Sellers   Your Amazon.com   Cyber Monday   Gift Cards & Registry   Sell   Help

Furniture   Shop by Room   Living Room ˅   Bedroom ˅   Mattresses & Boxsprings ˅   Kitchen & Dining ˅   Entertainment ˅   Office ˅   Rugs ˅   Home Decor ˅

Home & Kitchen ›   Home & Kitchen › Seasonal Décor › Trees

Hello, Sign in
Your Account ˅   Try Prime ˅   Lists ˅   Your Stylebook   Wedding Registry

Cart   0

Home & Kitchen ˅



10' Pre-Lit Northern Dunhill Fir Full Artificial Christmas Tree - Clear Lights

by Northlight Seasonal
1 customer review

Price:  $624.99 + $5.00 shipping

Item is eligible: No interest if paid in full within 12 months with the Amazon.com Store Card. Apply now

Only 2 left in stock.

Get it as soon as Dec. 2 - 7 when you choose Expedited Shipping at checkout.
Ships from and sold by Pool and Patio Decor.

- 10' Northern Dunhill Fir Christmas Tree
- 1000 Clear Mini Lights
- 5090 Branch Tips
- 68" Base Diameter
- Full Profile

› See more product details

Compare with similar items
New (1) from $624.99 + $5.00 shipping

Roll over image to zoom in

Share

Qty: 1 ▼

$624.99 + $5.00 shipping
Only 2 left in stock. Sold by Pool and Patio Decor

Add to Cart

Turn on 1-Click ordering for this browser

Ship to:
WARREN, NJ 07059

Add to List

Have one to sell?   Sell on Amazon

Customers Also Shopped For




# Exhibit N

Case 2:17-cv-00442-JLL-SCM   Document 1   Filed 01/23/17   Page 70 of 79 PageID: 70



## 12' Pre-lit Northern Dunhill Fir Full Artificial Christmas Tree - Warm Clear LED Lights

☆☆☆☆☆   Write a review



1 / 2

**$1,203.74**

List price $1,499.99   Save $296.25

`Reduced Price`

Sold & Shipped by **Christmas Central**

Quantity: 1

**Add to Cart**

Add to List  |  Add to Registry

🚚 Want it by **Tuesday, Dec 6**? Choose **One Day** at checkout   ›

🏠 Pickup not available from this seller

### Check out these related products



| `Reduced Price` | `Reduced Price` | | `Reduced Price` | | `Reduced Price` |
|---|---|---|---|---|---|
| $643.74 list price $799.99 | $139.74 list price $169.99 | $26.15 list price $34.13 | from $19.99 | $66.21 | $58.74 list price $65.99 |
| save $156.25 | save $30.25 | save $7.98 | | | save $7.25 |
| 9' Pre-Lit Northern Pine Full Artificial… | 4' Pre-Lit Noble Fir Full Artificial Christmas… | NorthLight 2 ft. Pre-Lit Snow White Artificial… | Vickerman Pre-Lit 2' Imperial Pine… | NorthLight 4 ft. Pre-Lit Whimsical Red Tinsel… | 3' Pre-Lit Whimsical Champagne Artificial… |

● ○

About this item

Customer Reviews

Item Recommendations

Policies & Plans

# Exhibit O

**amazon**
Try Prime

All ▾ | northlight pre-lit Northern Dunhill Firm LED lights 4' | 🔍

**CYBER** MONDAY | **DEALS WEEK**

**Departments ▾**

Your Amazon.com | Cyber Monday | Gift Cards & Registry | Sell | Help

Hello. Sign in
**Your Account ▾** | **Try Prime ▾** | **Lists ▾**

🛒 0
**Cart**

We found **0 results** for **"northlight pre-lit Northern Dunhill Firm LED lights 4'"**
Use fewer keywords or try these instead

"northlight Northern LED lights"   See all 15 results…









**Northlight Pre-Lit Northern Dunhill Fir Full Artificial Christmas Tree with Warm Clear LED Lights, 9'**
by Northlight
$539³⁶
More Buying Choices
$539.36 new (2 offers)
FREE Shipping on eligible orders

**Northlight Pre-Lit Northern Dunhill Fir Full Artificial Christmas Tree with Warm Clear LED Lights, 12'**
by Northlight
$1,202⁴⁹
Only 16 left in stock - order soon.
More Buying Choices
$1,199.99 new (2 offers)
FREE Shipping on eligible orders

**Northlight LED Lighted Menorah Hanukkah Yard Art Decoration with Cool White Lights, 24"**
by Northlight
$99.00 new (2 offers)
⭐⭐⭐⭐⭐ ▾ 3

**36" Pre-Lit Northern Pine Artificial Christmas Wreath - Warm Clear LED Lights**
by Northlight
$78⁴⁹
More Buying Choices
$75.99 new (2 offers)
FREE Shipping on eligible orders

"northlight pre-lit Northern"   See all 36 results…









**Northlight Pre-Lit Northern Dunhill Fir Full Artificial Christmas Tree with Multicolored Lights, 4'**
by Northlight
$143.50 new (1 offer)
⭐⭐⭐⭐ ▾ 5

**Northlight Pre-Lit Northern Dunhill Fir Full Artificial Christmas Tree with Clear Lights, 6.5'**
by Northlight
$207⁵⁰
More Buying Choices
$207.50 new (2 offers)
FREE Shipping on eligible orders
⭐ ▾ 1

**Northlight Pre-Lit Northern Dunhill Fir Full Artificial Christmas Tree with Clear Lights, 12'**
by Northlight
$752¹⁸
Only 11 left in stock - order soon.
More Buying Choices
$752.18 new (2 offers)
$450.00 used (1 offer)
FREE Shipping on eligible orders

**Northlight Pre-Lit Northern Dunhill Fir Full Artificial Christmas Tree with Clear Lights, 9'**
by Northlight
$462⁰¹
More Buying Choices
$462.01 new (2 offers)
FREE Shipping on eligible orders
⭐⭐⭐ ▾ 2

"pre-lit Northern LED lights"   See all 43 results…

# Exhibit P

find a store   store ads   gift cards   registry

my account   no saved items   recommendations   track order   customer service

# JCPenney

enter search term or web id

Your Store:
Woodbridge Ctr
change store

0   my bag
$0.00

for the home   bed & bath   window   appliances   women   lingerie   men   juniors   kids   baby   shoes   handbags   jewelry   gifts   sephora   clearance

**FREE SHIPPING OVER $49**
TO STORES OVER $25
NO CODE REQUIRED
GET DETAILS ›

IN STORE & ONLINE • ENDS 12/14 • GET COUPON ›

**$10 OFF***
WHEN YOU SPEND $25
CODE: WESHOP46

OR

EXTRA **20% OFF***
WITH YOUR JCPENNEY CREDIT CARD
CODE: TOSAVE46

OR

ONLINE ONLY • ENDS 12/14

EXTRA **25% OFF*** $100 OR MORE
WITH YOUR JCPENNEY CREDIT CARD
CODE: TOSAVE46

*CREDIT OFFERS SUBJECT TO CREDIT APPROVAL. **EXCLUSIONS & DETAILS** ›

jcpenney  >  back to search results

9' x 64" Pre-Lit Northern Dunhill Fir Full Artificial Christmas Tree - Multi-Color LED Lights"

web ID: 0452928

### HELPFUL INFORMATION

Returns Policy

TRUCK DELIVERY ITEM 🚚 see details

### PRODUCT DESCRIPTION

- Assembly: Assembly Required
- Use: Indoor/Outdoor
- Assembled With: 100 Not Applicable
- Care: Not Applicable, Gentle
- Country of Origin: Imported

**$2,015**

☆☆☆☆☆

Write the First Review

Q&A   Ask A Question

QUANTITY

1

Ship to Home

Online only, not available in stores

ADD TO BAG

SAVE FOR LATER

ADD TO REGISTRY

---

**PEOPLE WHO VIEWED THIS ULTIMATELY PURCHASED**

Kurt Adler 6 FT. Pre-Lit LED Green Pine Tree
$400 original
**$199.99 sale**

7' Pre-Lit Slim Spruce Christmas Tree
$280 original
**$139.99 sale**
★★★☆☆ (21)

Tree Storage Bag
$40 original
**$19.99 sale**
★★★★☆ (12)

North Pole Trading Co. 6.5' Dakota Pre-Lit Pine Tree
$240 original
**$71.99 sale**
★★★☆☆ (5)

**YOU MAY ALSO LIKE**

Kurt Adler 6 FT. Pre-Lit Green Pine Tree
$400 original
**$199.99 sale**

---

| Customer Reviews | Q&A |
|---|---|

☆☆☆☆☆

Be the first to write a review

CUSTOMERS ALSO BOUGHT

Feedback

# Exhibit Q



# 7.5 Ft. Northern Dunhill Fir Full Artificial Christmas Tree, Unlit

Item # D016077S
Online Only

★★★★★    **Write A Review**

**$199.99**  ~~$399.99~~



 PRINT     FAVORITES

 Share    Tweet    Pin it

## Description

This pretty, full-profile Northern Dunhill Fir tree features perfectly-shaped tapered tips that are a medium green color and have a natural, lush look and feel.

Details:

- Unlit
- 2,514 tips
- 1.75" wide tips
- Full profile tree
- Flame retardant
- Hinged branch construction
- For indoor use only
- Includes black metal tree stand
- 7.5 ft. high (from base of stand to top of tree)
- 56" base diameter (at the widest point)
- Materials: PVC/metal
- 52 lbs.

View Less Details

You May Also Like

# Exhibit R

ITEM # 284655
DESCRIPTION:7.5'NORTHERN DUNHILL TREE
CASE QUANTITY: 1 PC
MADE IN CHINA
Carton _12_ of _200_
PO# 1649
Northlight



# wayfair  Secure Checkout 🔒

Questions? 866-263-8325    Ref #47-88-81-35-55

1. Sign In          2. Shipping          3. Payment          4. Review

## Almost there! Review and place your order.

Place Your Order

### Shipping Information  change

Sal Puleo
681 Montgomery Rd
Hillsborough, NJ 08844-1303
United States
9082627020

Phone Number *: 9082627020

### Billing Information

Payment Method:

PayPal®
change

(to ensure delivery)

### My Order  edit

(1 item)

| | |
|---|---|
| Product Cost | $199.99 |
| Shipping | FREE |
| Tax | $14.00 |
| **Total** | **$213.99** |

You save $50.00 (20%)

Place Your Order

### Order Details

Shipping:

🎄 **Northlight**
7.5' Northern Innsbruk
Pine Full Artificial
Christmas Tree
SKU #: NLGT2093

Qty:1 Change | Remove

Price: $199.99

● FREE Ground – Get it by Mon, Dec 19
○ Expedited – Get it by Fri, Dec 16
○ Express – Get it by Thu, Dec 15

**Use a gift card/promotion**

Apply a gift card or promo code

Purchasing for a client or your business?   ○ Yes   ● No.

🏠 **Habitat**
Donate to Habitat for Humanity

$1   ▼   Apply

☐ Add a gift message

Place Your Order

By placing this order, you are agreeing to our terms and conditions.

Our Retail Brands

Customer Reference Number: 47-88-81-35-55
Copyright 2002-2016 by Wayfair LLC, 4 Copley Place, Floor 7, Boston, MA 02116 | Terms of Use

Feedback